JUN-06-2008 15:17 FROM: 415 459 7300 8662056321 P.2/9

(3) 360

# CIVIL COVER SHEET

JS 44 (Rev 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Bettina Mussumeli

## DEFENDANTS
United States of America, Does 1 through 10

(b) County of Residence of First Listed Plaintiff: San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven J. Brady Esq., S.B.N. 116651
Brady Law Group, an unincorporated law firm
1015 Irwin Street, Suite A, San Rafael, CA 94901
Telephone: (415) 459-7300 Fax: (415) 459-7303

Attorneys (If Known)
unknown

E-filing BZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | | ☐ 790 Other Labor Litigation | | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

BY FAX

ADR

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act, 28 U.S.C. § 2674
Brief description of cause:
Wrongful death resulting from negligently maintained premises owned and controlled by the defendant

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 1,000,000.00
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY:
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE: June 9, 2008
SIGNATURE OF ATTORNEY OF RECORD

C08-2895 BZ

STEVEN J. BRADY, ESQ. (State Bar No. 116651)
a member of BRADY LAW GROUP, an unincorporated law firm
1015 Irwin Street, Suite A
San Rafael, CA  94901

Phone:  (415) 459-7300
Fax:      (415) 459-7303
E-mail: bradydesk@aol.com

Attorneys for plaintiff
Bettina Mussumeli

**E-filing**

FILED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFO0RNIA

BETTINA MUSSUMELI, individually and as personal representative of the Estate of John J. Mussumeli, deceased

Plaintiff,

vs.

UNITED STATES OF AMERICA, DOES ONE THROUGH TEN,

Defendants.

CV 08 2895

CIVIL ACTION NO.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL
(Negligence – Wrongful Death and Survival)

BZ

BY FAX

**FIRST CAUSE OF ACTION: WRONGFUL DEATH**

1. This action is brought against the United States of America, based on the negligence of employees of its agencies including the Department of Veteran Affairs, and arises under a United States statute, 28 U.S.C. 2674. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

2. Venue is proper in the Northern District of California because substantially all of the events and omissions surrounding this case occurred in this district, and the improved real property owned and/or possessed by defendant, which property is involved in plaintiff's claim is located in San Francisco, California in this district.

3. Plaintiff Bettina Mussumeli is and was at all times relevant herein a citizen of the

Complaint                                                    1

1   United States of America and the State of California and a resident of the City and
2   County of San Francisco and the daughter, sole heir and personal representative of
3   decedent John J. Mussumeli, who died on July 7, 2006 in the Veterans
4   Administration Medical Center in San Francisco, California.
5   4.   Defendant United States of America, through its agency the Department of
6   Veterans Affairs, is the owner and/or possessor of certain improved real property in
7   the City and County of San Francisco, located at 4150 Clement Street, San
8   Francisco, California, and consisting of the Veterans Administration hospital
9   facilities (the "subject premises").
10  5.   Defendants Does 1 through 10 are manufacturers, installation and maintenance
11  contractors whose identities are unknown to plaintiff, but whom plaintiff is informed
12  and believes, and thereupon alleges, may have manufactured, installed or
13  conducted maintenance work on the front door of the subject premises.
14  6.   Prior to filing this action, plaintiff Bettina Mussumeli filed an administrative claim for
15  damages under 28 U.S.C. § 2672 with the Department of Veterans Affairs on or
16  about December 29, 2006. Negotiations continued on this claim through January 9,
17  2008. On January 9, 2008, the Department of Veterans Affairs sent plaintiff a letter
18  (erroneously dated January 9, 2007) rejecting plaintiff's settlement demand and
19  offering a settlement of $25,000.00. Plaintiff hereby elects to treat this rejection
20  and counter-offer as a rejection of her claim as of the actual date of that letter.
21  7.   On or about June 7, 2006, the subject premises owned and/or possessed by
22  defendant was in a dangerous condition in that the automatic main front door to
23  those premises was defectively and negligently designed, installed and maintained
24  so that it would move suddenly and unexpectedly and with great force, striking
25  individuals who were attempting to enter or exit the premises. Defendant United
26  States of America had a duty to use reasonable care to see that the premises in
27  general, and the automatic door in particular, were reasonably safe for the use of
28

Complaint                                         2

1 the general public and patients of the Veterans Administration hospital. Defendant
2 United States of America knew or should have known that the said automatic door
3 was in a dangerous and defective condition and was unsafe for use by the general
4 public and patients.
5 8. On or about June 7, 2006, plaintiff's decedent John J. Mussumeli entered the
6 subject premises for the purpose of receiving medical care to which he was entitled
7 as a veteran of the armed services. At that time and place the automatic main front
8 door of the subject premises moved suddenly and unexpectedly with great force,
9 knocking him to the ground and breaking his hip.
10 9. On July 7, 2006, plaintiff's decedent John J. Mussumeli died from surgical
11 complications directly and proximately resulting from the injury he received from the
12 door on the subject premises on June 7, 2006.
13 10. As a result of the foregoing, plaintiff Bettina Mussumeli has lost the care, comfort
14 and society of her father, decedent John J. Mussumeli and has been damaged in
15 an amount in excess of $75,000.00, the exact amount of which damages has not
16 yet been ascertained, but which plaintiff believes to be $1,000,000.00.
17 WHEREFORE, PLAINTIFF PRAYS JUDGMENT as set forth below.
18
19 **SECOND CAUSE OF ACTION – SURVIVAL**
20 11. Plaintiff realleges and incorporates by reference as though fully set forth herein the
21 allegations of paragraphs 1 through 10 of the First Cause of Action.
22 12. As a further result of the foregoing, plaintiff, as the personal representative of the
23 Estate of John J. Mussumeli, deceased, has incurred expenses for decedent's
24 funeral and burial in the sum of $7,817.25
25 WHEREFORE, PLAINTIFF PRAYS JUDGMENT as set forth below.
26 //
27 //
28

Complaint                                    3

## PRAYER

WHEREFORE, PLAINTIFF PRAYS JUDGMENT AS FOLLOWS:

1. For damages in the amount of $1,007,817.25 or for such other sum according to proof;
2. For costs of suit, interest and such other and further relief as may be just and proper.

Dated: June 6, 2008

_____
Steven J. Brady, Esq. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street, Suite A
San Rafael, CA 94901

Phone: (415) 459-7300
Fax:     (415) 459-7303
E-mail: bradydesk@aol.com

Attorneys for plaintiff
Bettina Mussumeli

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a), Federal Rules of Civil Procedure.

Dated: June 6, 2008

_____
Steven J. Brady, Esq. (State Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street, Suite A
San Rafael, CA 94901

Phone: (415) 459-7300
Fax:     (415) 459-7303
E-mail: bradydesk@aol.com

Attorneys for plaintiff
Bettina Mussumeli