JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

   U.S. Attorney's Office/Civil Division
   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7322
   Facsimile:  (415) 436-6748
   E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTINA MUSSUMELI, et al., ) <br> ) <br>           Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>           Defendant. ) <br> _____ ) | No. C 08-2895 BZ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 21, 2008         Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                By:      /s/
                         Michael T. Pyle
                         Assistant U.S. Attorney

DECLINATION OF MAGISTRATE; REQUEST FOR REASSIGNMENT
C08-2895 BZ