**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

————————

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## July 22, 2008

**CASE NUMBER:  CV 08-02895 BZ**

**CASE TITLE:  BETTINA MUSSUMELI-v-UNITED STATES OF AMERICA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable MAXINE M. CHESNEY**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/22/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies

Log Book Noted

Special Projects

Entered in Computer 7/22/08AS

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel

Transferor CSA