JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTINA MUSSUMELI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 08-2895 MMC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the initial Case Management Conference (currently scheduled for September 19, 2008 at 10:30 a.m.) be continued to **October 3, 2008 at 10:30 a.m.**

    Counsel for defendant asked for this stipulation in light of the fact that he has a case management conference in another case that was scheduled prior to the time the case management conference was scheduled in this case and the next date both parties' counsel are available is October 3, 2008. Plaintiff's counsel agreed to the proposed continuance. The parties do not believe that any prejudice would be caused due to this two-week

//

//

1  continuance and submit that no other dates would need to be continued. No dates have been
2  continued in this case prior to this stipulation.

DATED: August 18, 2008         By:    _____/s/_____
                                      STEVEN J. BRADY
                                      Attorney for Plaintiff


                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney


DATED: August 18, 2008         By:    _____/s/_____
                                      MICHAEL T. PYLE
                                      Assistant United States Attorney
                                      Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

   The date for the initial Case Management Conference is continued from September 19, 2008 until October 3, 2008 at 10:30 a.m.


DATED:  August 19, 2008              _____
                                      HON. MAXINE M. CHESNEY
                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
No. C 08-2895 MMC                    2