# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Mussumeli,<br><br>          Plaintiff(s),<br><br>     v.<br><br>United States of America,<br><br>          Defendant(s). | 08-02895 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Bruce H. Winkelman**
Craig & Winkelman
2001 Addison Street, Suite 300
Berkeley, CA 94704
510-549-3311
bwinkelman@Craig-Winkelman.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 27, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-02895 MMC MED                           - 2 -